# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01033 JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND FILING DEADLINES<br><br>(Doc. 14) |

Based upon the stipulation of the parties, the Court ORDERS:

1. Appellant's opening brief SHALL be filed no later than, May 6, 2015.

**No other modifications to the scheduling order are authorized.**

IT IS SO ORDERED.

Dated:  **March 19, 2015**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE