UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:14-cv-01033 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 7, 2015 <br><br> ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPENING BRIEF |

On March 18, 2015, Plaintiff filed a request for an extension of time to file an opening brief. (Doc. 14.) The Court granted the request, and ordered Plaintiff to file an opening brief no later than May 6, 2015. (Doc. 15.) However, Plaintiff failed to file her opening brief in accordance with the Court's order, and did not seek a further extension of time. Accordingly, the Court issued an order to show cause why sanctions should not be imposed on May 7, 2015. (Doc. 16.)

On May 14, 2015, Plaintiff's counsel, Patricia McCabe, filed a timely response to the Court's order. (Doc. 17.) Ms. McCabe asserts that she had previously "not filed cases in the United District Court for the Eastern District nor in the United States District Court for the Northern District," yet currently has one case in each District Court." (*Id.* at 1-2, ¶¶ 2-3.) She asserts she was "unfamiliar with the briefing schedule" of the Eastern District and "inadvertently, and mistakenly, transposed the deadlines for filing of the Opening Brief in this matter with the deadline for the filing of [the] brief in the matter pending in the United Stated District Court in Northern District." (*Id.*, ¶¶ 3-4.) Further, Ms.

McCabe asserts that she is "unfamiliar with the Court's briefing style" and, consequently, "it has taken [her] longer to concisely address the issues, evidence and testimony." (*Id.* at 3, ¶ 8.)

Ms. McCabe reports that after she received the Court's order to show cause, she "diligently worked on completing the Plaintiff's Opening Brief spending an additional 23 hours since May 10, 2015." (Doc. 17 at 3, ¶ 9.) Despite her efforts, she was unable to complete her work, and believes "additional time [is] necessary to proper address the issues raised." (*Id.*, ¶ 11.) Therefore, Ms. McCabe requests that the Court grant a further extension of seven days for her to compete and file Plaintiff's opening brief. (*Id.* at 4.)

Notably, although Ms. McCabe reports she is "unfamiliar with the Court's briefing style," the requirements for an opening brief were set forth by the Court in the Scheduling Order issued July 7, 2014. (Doc. 5 at 3-4.) The issues and relevant evidence should have been identified previously by Plaintiff because she was required to serve "a letter brief outlining the reasons why []she contends that a remand is warranted," and set forth the relevant issues for consideration by the Commissioner. (*Id.* at 2.) Moreover, the Court previously granted Plaintiff an extension of time, and specifically ordered Plaintiff to file an opening brief "no later than, May 6, 2015." (Doc. 15.) Presumably, counsel would have determined the amount of time she needed for the extension only after having assured herself of the amount of work that would be needed to prepare the brief.

In any event, because Ms. McCabe reports the Commissioner is amenable to her request for a further extension of time, the Court will grant Plaintiff an additional seven days to file an opening brief in the action.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated May 7, 2015 (Doc. 16) is **DISCHARGED**; and
2. Plaintiff **SHALL** file an opening brief no later than **May 21, 2015**.

IT IS SO ORDERED.

Dated:   **May 15, 2015**             /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE