UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01033- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 20) |

　　　　On June 19, 2015, the parties filed a stipulation for Defendant to respond to Plaintiff's opening brief. (Doc. 20.) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 5 at 4, emphasis added.) This extension was used previously by Plaintiff, who requested an extension of time on March 18, 2015. (Docs. 14-15.) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id*.) Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

　　　　Here, Defendant's counsel requests the extension of thirty days, reporting it is necessary given "his workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion." (Doc. 20 at 1.) Plaintiff does not oppose the request for an extension. (*See id.* at 1- 2).

///

///

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to Plaintiff's opening brief no later than **July 22, 2015**.

IT IS SO ORDERED.

Dated:   **June 19, 2015**               /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE