1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

APRIL TAYLOR,

          ) Case No.: 1:14-cv-01033- JLT

12

     Plaintiff,

          ) ORDER GRANTING DEFENDANT'S MOTION

13

   v.

          ) FOR A SECOND EXTENSION OF TIME

14

COMMISSIONER OF SOCIAL SECURITY,

          ) (Doc. 22)

15

     Defendant.

16

17     On July 20, 2015, Defendant filed a motion for an extension of fourteen days to respond to

18 Plaintiff's opening brief. (Doc. 22) Defendant's counsel reports new counsel has been assigned to the

19 action, and extension is necessary "due to the press of workload including twenty-four District Court

20 cases in a variety of stages, some of which require imminent briefing, and two matters before the Ninth

21 Circuit." (*Id.* at 1-2) Further, Plaintiff does not oppose the request. (*Id.* at 2)

22     Good cause appearing, **IT IS HEREBY ORDERED**:

23     1.   Defendant's motion for an extension of time is **GRANTED**; and

24     2.   Defendant **SHALL** respond to Plaintiff's opening brief no later than **August 5, 2015**.

25
26

IT IS SO ORDERED.

27  Dated:  __July 22, 2015__     _____/s/ Jennifer L. Thurston_

28                   UNITED STATES MAGISTRATE JUDGE